UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20284-CR-UNGARO

UNITED STATES OF AMERICA

v.

JORGE ENRIQUE PEREZ-RUIZ,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **JORGE ENRIQUE PEREZ-RUIZ**, are sufficient to prove the guilt of the Defendant of the above-referenced Information:

In September 2014, DEA Agents learned that an aircraft that would be utilized to transport cocaine from Venezuela to Honduras. On October 25, 2014, the aircraft departed from Howard Airport in Panama City, Panama with a filed flight plan destined for Aruba, Netherland Antilles. Approximately 45 minutes after the plane departed, it returned to Howard Airport with apparent mechanical problems. When the aircraft landed on the runway, it overshot the runway and ended on an embankment passed the end of the runway. One of the occupants of the aircraft, identified as Jorge Perez-Ruiz fled the aircraft and left it abandoned. The aviation authorities in Panama arrived at the location and recovered the aircraft.

In a statement, Perez-Ruiz told Agents that Perez-Ruiz would be flying a drug shipment and that Perez-Ruiz would be taking the plane from Panama to Apure, Venezuela (a location they called La

1

Mata) to pick up cocaine that was waiting at a clandestine air strip in Venezuela.

On October 25, 2014, Perez-Ruiz and another occupant departed Panama with a flight plan to Aruba. Immediately after taking off, the coordinates were entered into the aircraft's global positioning system (GPS) to head for the clandestine airstrip in Apure, Venezuela.

Perez-Ruiz told Agents that soon after departing from Panama, he became nervous about going through with the trip and that he made up an excuse to say that the aircraft had mechanical problems and had to return to Panama. Perez-Ruiz said that he took advantage of the fact that the other occupant was an inexperienced pilot in this type of aircraft. Perez-Ruiz finally convinced the other occupant that the aircraft had to return to Panama for maintenance before they could attempt the drug shipment again. Perez-Ruiz realized that when the aircraft returned to Panama that mechanics would not find any problems with the mechanical system. Perez-Ruiz decided to scuttle the aircraft into an embankment beyond the runway so that the supposed issue would be undetectable if mechanics inspected the airplane.

Perez-Ruiz was paid $5,000 US Dollars prior to the first time that he traveled to Panama to see the aircraft and Ruiz approximately $50,000 Colombian Pesos ($25,000 US Dollars) for expenses.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 6/5/2015     By: _____
                        MICHAEL B. NADLER
                        ASSISTANT UNITED STATES ATTORNEY

Date: 6/5/2015     By: _____
                        TODD YODER
                        ATTORNEY FOR DEFENDANT

Date: 6/5/2015     By: _____
                        JORGE ENRIQUE PEREZ-RUIZ
                        DEFENDANT

2